UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFERY WILLIAMS,

          *Plaintiff*,

        -against-

B E F RESTAURANT INC. d/b/a CASA D'ANGELO and 146 MULBERRY OWNER, LLC,

          *Defendants*.

Case No: 1:25-cv-05036-JPO

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendants, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   August 29, 2025

| | |
|---|---|
| **GABRIEL A. LEVY, P.C.** | **LAW OFFICES OF MICHAEL K. CHONG, LLC** |
| By: /s/ *[signature]* | By: /s/ *[signature]* |
| Gabriel Levy, Esq. | Michael Chong, Esq. |
| 1129 Northern Blvd, Suite 404 | 2 Executive Drive, Suite 240 |
| Manhasset, NY 11030 | Fort Lee, NJ 07024 |
| Glevy@glpcfirm.com | MKC@mkclawgroup.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |